◯ AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Tim Lingenfelte;  Phil Florence, individually
and as a beneficiary in Empire Paper Company
Profit Sharing Plan; Diane S. Blodgett,
individually and as a vested beneficiary; T.G.
Morgan, Inc., Defined Benefit Pension Plan

   V.

John Stoebner; Lapp, Libra, Thomson, Stoebner
& Pusch, Chtd.; Gordon Conn; Charles Webber;
Faegre & Benson, LLP; Kalina Wills, Gisvold
& Clark, PLLP; Larson, Allen, Weishair & Co.,
LLP: in their individual capacities; and
SafraBank (California), Republic Bank N.A.
and H.S.B.C. N.Y., jointly and severally

**JUDGMENT IN A CIVIL CASE**

Case Number:  03-5544 JMR/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's complaint is DISMISSED WITH PREJUDICE in its entirety.  Plaintiffs herein are enjoined from prosecuting any action against any defendant herein, absent the prior signature of an attorney properly admitted to this Court,  or the prior written authorization from a Judicial Officer in this District.

|  |  |
|---|---|
| May 24, 2005 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/G. Schneider |
| (By) | G. Schneider,   Deputy Clerk |

Form Modified:  09/16/04