## UNITED STATES COURT OF APPEALS

### FOR THE EIGHTH CIRCUIT

No. 05-2796

| | |
|---|---|
| Tom Lingenfelter, Individually; Phil Florence, Individually and as Beneficiary in Empire Paper Company Profit Sharing Plan; Diane S. Blodgett, Individually and as a Vester Beneficiary; T.G. Morgan, Inc., Defined Benefit Pension Plan, <br><br> Appellants, <br><br> vs. <br><br> John Stoebner; Lapp, Libra, Thompson, Stoebner & Pusch, Chtd.; Gordon Conn; Charles Webber; Faegre & Benson, LLP; Kalina, Wills, Gisvold & Clark, P.L.L.P.; Larson, Allen, Weishair & Co., LLP, in their Individual Capacities; H.S.B.C. Bank USA, <br><br> Appellees. | Appeal from the United States District Court for the District of Minnesota <br><br> 03-cv-5544 JMR/FLN |

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 20, 2006

SCANNED
AUG 3 0 2006
U.S. DISTRICT COURT MPLS

Order Entered in Accordance with Opinion:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*

**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 25, 2006

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

    Re:  05-2796   Tim Lingenfelter vs. John Stoebner

Dear Clerk:

    The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

    Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

srd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
------------------------------------------
cc:  Honorable James M. Rosenbaum
    Lawrence M. Otter
    David C. Thomas
    Carl Peter Erlinder
    Barry A. O'Neil
    Kay Nord Hunt
    Daniel C. Gerhan
    Martin S. Chester

    Peter A. Koller
    Brian E. Palmer
    Amy Schwiderski Hartman

    District Court/Agency Case Number(s):  CIV 03-5544 JMR/FLN